UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN – NORTHERN DIVISION

| | | |
|---|---|---|
| North Shore Marine Terminal and Logistics, Inc. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 2:24-cv-00073-JMB-MV |
| Lockheed Martin Corporation, and the United States Department of the Navy, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**<u>DEFENDANT LOCKHEED MARTIN CORPORATION'S
CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lockheed Martin Corporation, by and through undersigned counsel, hereby states:

1. Lockheed Martin Corporation has no parent corporation.

2. As of the date of this submission, State Street Corporation holds, directly or indirectly (through ownership of one or more other entities), 10% or more of Lockheed Martin Corporation's common stock.

Dated: August 7, 2024

Respectfully Submitted,

<u>/s/ Neil G. Nandi</u>
Neil G. Nandi
CROWELL & MORING LLP
455 N Cityfront Plaza Dr., Ste. 3600
Chicago IL 60611
Tel: (312) 840-3108
nnandi@crowell.com

Attorneys for Lockheed Martin Corporation